## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO,
## WESTERN DIVISION

| | |
|---|---|
| CAROL JOHNSON, ADMINISTRATRIX OF THE ESTATE OF MATTHEW JOHNSON, DECEASED, | : CASE NO. 3:12-cv-00012 |
| Plaintiff, | : Judge Walter H. Rice |
| vs. | : |
| NORFOLK SOUTHERN RAILWAY CO., et al., | : |
| Defendants. | : |

### AGREED PROTECTIVE ORDER

In this cause, the parties made known to the Court that the counsel for the Plaintiffs will be furnished a copy of the RailView data of the accident in question by Norfolk Southern Railway Company which is of a confidential and proprietary nature, and for the protection against the unauthorized disclosure or improper use of the RailView data and documents to protect the confidential nature thereof, the parties by their counsel, have agreed to the entry of the following Protective Order:

It is, therefore, ORDERED by the Court, and by express agreement of the parties, their counsel, and representatives, that the confidentiality of the RailView data and/or related documents furnished by Norfolk Southern Railway Company to the Plaintiffs and to their experts, consultants or attorneys shall be carefully and scrupulously maintained in the following manner:

1.  The use of the RailView data, documents or copies thereof furnished by NORFOLK SOUTHERN RAILWAY COMPANY (hereinafter "Norfolk Southern") to any party

herein or their attorneys is governed by this Protective Order;

2. If the RailView data or documents are reproduced in any form or manner, each copy or portion of a copy thereof shall be numbered, and Norfolk Southern shall be notified of the number of copies made. The original and all such copies shall be returned to Norfolk Southern at the conclusion of this litigation;

3. Neither the RailView data, documents, nor information contained therein, may be disclosed to persons other than the Court and its personnel, the parties, their counsel of record, and experts, and with regard to their experts, only to the extent necessary and relevant to the topic on which the expert is consulted;

4. The parties herein, their attorneys, and all experts to whom the RailView data and documents and/or information derived therefrom is disclosed, shall, before obtaining access thereto, be shown and read a copy of this Order and shall agree to be bound by the terms hereof and to submit to this court's jurisdiction for the purpose of enforcement or compliance herewith by signing their name(s) to the attached signature page of the photocopy of this Order. The attorneys for the Plaintiffs shall provide Norfolk Southern with a copy of the Order showing the signatures of each and every person to whom the RailView data, documents and the information contained therein has been disclosed.

5. The RailView data, documents and information derived therefrom shall not be used by or under the authority of any person or party receiving the same for any business or competitive purpose and shall be used for purposes of this litigation only and shall not be released to any other person, attorney or expert for use in any other litigation or for any other reason;

2

6. Upon final determination or resolution of this action, the RailView data and documents (and all copies) shall be promptly returned to counsel for NORFOLK SOUTHERN RAILWAY COMPANY.

**ENTERED** this 8th day of June 2012.

*[signature]*

The Honorable Walter H. Rice, Judge

## SIGNATURES PURSUANT TO PARAGRAPH 4

| NAME | FIRM | DATE |
|---|---|---|
| *[signature]* | Railex, Inc | 2-29-12 |
| *[signature]* | Wilson & Hajek, LLC | 04-03-12 |
| *[signature]* | Porter, Wright, Morris & Arthur LLP | 5/2/2012 |
| | | |
| | | |

COLUMBUS/1624269v.1

3